# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

JACQUE A. DAVIS, )
 )
               Plaintiff, )
 )
               v. ) No. CIV-08-460-FHS-KEW
 )
MICHAEL J. ASTRUE, )
Commissioner Social Security )
Administration, )
 )
             Defendant. )

### ORDER

On March 16, 2010, United States Magistrate Judge for this District filed Findings and Recommendations in this case. Plaintiff was given until October 13, 2009, to file objections. No objection to those findings were filed. Accordingly, the court deems the findings as confessed.

This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be **sustained**.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 31st day of March, 2010.

Frank H. Seay
United States District Judge